

**EQUAL**
JUSTICE
**CENTER**

January 13, 2015

Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, Texas 78205-3411

*via hand delivery*

RE:    Appeal-
       4-14-00363-CV; *Dana D. Mohammadi v. Augustin Nwabuisi, et al.;* in the Fourth Court
       of Appeals, San Antonio, Texas.
       Trial Court Lawsuit-
       Cause No: 2014-CI-05341; *Dana D. Mohammadi ("Plaintiff") v. Augustin Nwabuisi, et
       al. ("Defendants");* in the 57th Judicial District Court of Bexar County, Texas.

Dear District Clerk:

The above-referenced appeal arises out the Defendants' appeal of the Order Appointing Receiver
and to Compel Discovery that was entered by the trial court on May 5, 2014.

On July 23, 2014, the Defendants requested that the district court clerk prepare and file the
clerk's record with the Fourth Court of Appeals. Plaintiff supplemented the Record on Appeal in
September of 2014. The purpose of this correspondence is to request for additional pleadings to
be supplemented in the clerk's record. Specifically, Plaintiff requests that the following
documents be supplemented:

1.  Reporter's Record of Hearing on Application to Close Receivership, dated November 7,
    2014, filed with the District Clerk on January 13, 2015.

If there is a fee for supplementing the clerk's record, please contact me to make arrangements for
payment. Should you have any questions, please do not hesitate to contact me at the information
below.

510 South Congress Avenue, Suite 206   Austin, Texas 78704   tel 512.474.0007   fax 512.474.2008
6609 Blanco Road, Suite 260, San Antonio TX 78216   tel 210.308.6222   fax 210.308.6223
1801 North Lamar Street, Suite 325, Dallas, Texas 75202   tel 469.203.2150   fax 469.629.5045
www.equaljusticecenter.org   **Justice at work**